CERTIFICATE OF SERVICE BY CERTIFIED MAIL
*BRAR v. POULOUS ET AL.*, No. 07-6333 WHA

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On December 15, 2007, I served true copies of the following:

**Complaint for Relief Under the Administrative Procedure Act**
**Summons in a Civil Case**
**Order Setting Status (Pretrial Scheduling) Conference**
**Supplemental Order to Order Setting Case Management Conference in Civil Cases Before Judge William Alsup**
**Notice of Availability of Magistrate Judge to Exercise Jurisdiction**
**ECF Registration Information Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Christina Poulos, Director<br>USCIS California Service Center<br>24000 Avila Road, 2nd Floor, Room 2312<br>Laguna Niguel, CA 92677 | Emilio T. Gonzalez, Director<br>USCIS<br>425 I Street, NW<br>Washington, DC 20536 |
| USCIS<br>425 I Street, NW<br>Washington, DC 20536 | Michael Chertoff, Secretary<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 |
| U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | Michael B. Mukasey, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Northern District<br>450 Golden Gate Ave., 11th Fl.<br>San Francisco, CA 94102 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 15, 2007 in San Francisco, California.

/s/
_____
Lina Baroudi