JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULDEEP SINGH BRAR,        )<br>                                              )<br>                Plaintiff,    )<br>                                              )<br>  v.                                       )<br>                                              )<br>CHRISTINA POULOS, et al.,    )<br>                                              )<br>              Defendants.  )<br>_____) | No. C 07-6333 WHA<br><br><br><br><br>STIPULATION TO DISMISS; PROPOSED ORDER |

      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has reopened the I-130 petition, providing Plaintiff with the relief he sought.

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 07-6333 WHA                      1

1  Each of the parties shall bear their own costs and fees.

2  Dated: January 23, 2008               Respectfully submitted,

3                                        JOSEPH P. RUSSONIELLO
                                         United States Attorney
4

5                                              /s/
                                         MELANIE L. PROCTOR[1]
6                                        Assistant United States Attorney
                                         Attorneys for Respondents
7

8
   Dated: January 23, 2008                      /s/
9                                        ROBERT B. JOBE
                                         Attorney for Petitioner
10

11                              **ORDER**

12  Pursuant to stipulation, IT IS SO ORDERED.

13
    Date:
14                                       WILLIAM ALSUP
                                         United States District Judge
15

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-6333 WHA                      2