JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| KULDEEP SINGH BRAR, | ) | No. C 07-6333 WHA |
|           Plaintiff, | ) | |
| v. | ) | |
| CHRISTINA POULOS, et al., | ) | STIPULATION TO DISMISS; ~~PROPOSED~~ ORDER |
|           Defendants. | ) | |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services has reopened the I-130 petition, providing Plaintiff with the relief he sought.

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 07-6333 WHA            1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: January 23, 2008                    Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

5 | /s/
MELANIE L. PROCTOR[1]
6 | Assistant United States Attorney
Attorneys for Respondents

8 | Dated: January 23, 2008                    /s/
9 | ROBERT B. JOBE
Attorney for Petitioner

11 | **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 | Date: January 24, 2008
14 | WILLIAM ALSUP
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATED DISMISSAL
No. C 07-6333 WHA                    2